TANENBAUM et al. *v.* FEIST.

APPEAL from judgment entered on verdict in favor of defendant.

*Benno Loewy,* for plaintiffs (appellants).

*Howe & Hummel,* for defendant (respondent).

EHRLICH, Ch. J. The action, instead of being for damages resulting from the breach of a special contract, was to recover for moneys paid, laid out and expended for the defendant, at his request.

There was no proof of any direction from the defendant to pay the money, and no warrant for a recovery on any such cause of action. The exceptions taken are without merit.

The plaintiff having failed to submit to a nonsuit, the direction to find for the defendant was right, and the judgment entered on the verdict must be affirmed, with costs.

NEWBERGER, J., concurs.
Judgment affirmed.

---

JOHNSON, as Admr., etc., *v.* FRIEDHOFF.

*D. Frank Lloyd,* for plaintiff (appellant).

*Rabe & Keller,* for defendant (respondent).

FITZSIMONS, J. The trial justice dismissed the complaint upon the ground that the plaintiff's testator agreed to sell the lease and good will of the hotel in question. The hotel having no good will, there was a failure of consideration, and, therefore, no cause of action herein. His ruling was right, and judgment must be affirmed, with costs.

NEWBURGER, J., concurs.
Judgment affirmed.